| TOKAR, BRIAN J | | ID: 20431 | Direct Deposit # D000113520 | | Wyoming Area School District | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | | Deduction | Pay | YTD Gross | YTD W/H |
| 10/23/2025 | | 594.00 | 7,620.25 | | Federal Tax | 44.88 | 6,991.55 | 561.22 |
| MAR | EX | ADD FED | | | Soc. Sec. Tax | 36.83 | 7,620.25 | 472.46 |
| S | 0 | 15.00 | | | Medicare Tax | 8.61 | 7,620.25 | 110.49 |
| Payment Type | | Reg | OT | Fctr | Rate | | | Amount |
| Hours | | 30.00 | 0.00 | 1.50 | 19.80 | | | 594.00 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| PA State Tax | 18.24 | 7,620.25 | 233.94 |
| UC Tax | 0.42 | 7,620.25 | 5.33 |
| Retirement | 49.01 | 7,620.25 | 628.70 |
| Local EIT | 5.94 | 7,620.25 | 76.19 |
| LST | 0.00 | | 5.00 |
| **Net Pay** | | | **430.07** |

**DAILY OR HOURLY POSITIONS = 09/28/2025 - 10/11/2025;**

*30.00 HRS SUB-HALL MONITOR; *

| Bank Information | | |
|---|---|---|
| PEOPLES SECURITY BANK & TRUST | C | 430.07 |

**Direct Deposit # D000113520**

| Date | 10/23/2025 |
|---|---|
| Amount | $430.07 |

BRIAN J TOKAR
144 BIRCHWOOD ESTATES
EXETER PA  18643-1465

| TOKAR, BRIAN J | | ID: 20431 | Direct Deposit # D000113190 | | Wyoming Area School District | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | Gross Wages | | YTD Wages | | Deduction | Pay | YTD Gross | YTD W/H |
| 10/09/2025 | 732.60 | | 7,026.25 | | Federal Tax | 57.60 | 6,446.56 | 516.34 |
| MAR EX ADD FED | | | | | Soc. Sec. Tax | 45.42 | 7,026.25 | 435.63 |
| S 0 15.00 | | | | | Medicare Tax | 10.62 | 7,026.25 | 101.88 |
| Payment Type | Reg | OT | Fctr | Rate | Amount | PA State Tax | 22.49 | 7,026.25 | 215.70 |
| Hours | 37.00 | 0.00 | 1.50 | 19.80 | 732.60 | UC Tax | 0.51 | 7,026.25 | 4.91 |
| | | | | | | Retirement | 60.44 | 7,026.25 | 579.69 |
| | | | | | | Local EIT | 7.33 | 7,026.25 | 70.25 |
| | | | | | | LST | 0.00 | | 5.00 |
| | | | | | | Net Pay | | | 528.19 |

**DAILY OR HOURLY POSITIONS = 09/14/2025 - 09/27/2025;**

*37.00 HRS SUB-HALL MONITOR (INCLUDES 2.0 HRS 09/18/2025, GET ACQUAINTED NIGHT & 2.5 HRS 09/25/2025, BOARD MEETING); *

Bank Information

PEOPLES SECURITY BANK & TRUST           C       528.19

Direct Deposit # D000113190

| Date | 10/09/2025 |
|---|---|
| Amount | $528.19 |

BRIAN J TOKAR
144 BIRCHWOOD ESTATES
EXETER PA  18643-1465

| TOKAR, BRIAN J | | ID: 20431 | Direct Deposit # D000112868 | | | Wyoming Area School District | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Date | Gross Wages | | YTD Wages | | | Deduction | Pay | YTD Gross | YTD W/H |
| 09/25/2025 | 653.40 | | 6,293.65 | | | Federal Tax | 50.33 | 5,774.40 | 458.74 |
| MAR | EX | ADD FED | | | | Soc. Sec. Tax | 40.51 | 6,293.65 | 390.21 |
| S | 0 | 15.00 | | | | Medicare Tax | 9.47 | 6,293.65 | 91.26 |
| Payment Type | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 20.06 | 6,293.65 | 193.21 |
| Hours | | 33.00 | 0.00 | 1.50 | 19.80 | 653.40 | UC Tax | 0.46 | 6,293.65 | 4.40 |
| | | | | | | | Retirement | 53.91 | 6,293.65 | 519.25 |
| | | | | | | | Local EIT | 6.53 | 6,293.65 | 62.92 |
| | | | | | | | LST | 0.00 | | 5.00 |

Net Pay 472.13

\*\*DAILY OR HOURLY POSITIONS = 08/31/2025 - 09/13/2025;\*\*

\*33.00 HRS SUB-HALL MONITOR; \*

Bank Information

UFCW FED CU                                      C        472.13

Direct Deposit # D000112868
Date  09/25/2025
Amount  $472.13

BRIAN J TOKAR
144 BIRCHWOOD ESTATES
EXETER PA  18643-1465

| TOKAR, BRIAN J | | ID: 20431 | Direct Deposit # D000112542 | | | Wyoming Area School District | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | | | Deduction | Pay | YTD Gross | YTD W/H |
| 09/11/2025 | | 470.25 | 5,640.25 | | | Federal Tax | 33.53 | 5,174.91 | 408.41 |
| MAR | EX ADD FED | | | | | Soc. Sec. Tax | 29.16 | 5,640.25 | 349.70 |
| S | 0 15.00 | | | | | Medicare Tax | 6.82 | 5,640.25 | 81.79 |
| Payment Type | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 14.44 | 5,640.25 | 173.15 |
| Hours | | 23.75 | 0.00 | 1.50 | 19.80 | 470.25 | UC Tax | 0.33 | 5,640.25 | 3.94 |
| | | | | | | | Retirement | 38.80 | 5,640.25 | 465.34 |
| | | | | | | | Local EIT | 4.70 | 5,640.25 | 56.39 |
| | | | | | | | LST | 0.00 | | 5.00 |

Net Pay  342.47

**DAILY OR HOURLY POSITIONS = 08/17/2025 - 08/30/2025;**

*23.75 HRS SUB-HALL MONITOR; *

Bank Information

UFCW FED CU                                           C        342.47

Direct Deposit # D000112542

Date   09/11/2025
Amount   $342.47

BRIAN J TOKAR
144 BIRCHWOOD ESTATES
EXETER PA   18643-1465