Geisinger Wyoming Valley Medical Center  1000 East Mountain Boulevard Wilkes Barre, PA 18711
Graceann Tokar  144 Birchwood Estates Exeter, PA 18643

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Graceann Tokar | Geisinger Wyoming Valley Medical Center | 72195 | 08/10/2025 | 08/23/2025 | 08/29/2025 | |

| | Hours Worked | Gross Pay | Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 79.98 | 1,503.23 | 0.00 | 177.18 | 354.60 | 971.45 |
| YTD | 1,335.00 | 26,393.24 | 0.00 | 3,104.17 | 6,115.52 | 17,173.55 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Used | | | 0 | | 581.28 |
| Jury Duty | | | 0 | | 142.80 |
| LTD Credits | 08/10/2025 - 08/23/2025 | 0 | 0 | 4.17 | 73.46 |
| Life Insurance Credit | 08/10/2025 - 08/23/2025 | 0 | 0 | 0.23 | 2.97 |
| Overtime | | | 0 | | 13.97 |
| Primary PTO | | | 0 | | 1,186.78 |
| Regular Pay | 08/10/2025 - 08/23/2025 | 79.98 | 18.74 | 1,498.83 | 24,391.98 |
| Earnings | | | | 1,503.23 | 26,393.24 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 78.12 | 1,364.96 |
| Medicare | 18.27 | 319.22 |
| Federal Withholding | 26.62 | 472.45 |
| State Tax - PA | 38.55 | 673.65 |
| SUI-Employee Paid - PA | 1.06 | 18.48 |
| City Tax - PLAIN | 12.56 | 219.41 |
| PA LST - PLAIN | 2.00 | 36.00 |
| Employee Taxes | 177.18 | 3,104.17 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) - Geisinger System Services | 89.93 | 1,375.85 |
| Enhanced Dental | 10.72 | 192.96 |
| Food Service Charges | 17.29 | 288.43 |
| Geisinger Enhanced | 226.43 | 4,075.74 |
| LTD 60% of Salary | 4.17 | 73.46 |
| Vision | 6.06 | 109.08 |
| Deductions | 354.60 | 6,115.52 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) ER - Geisinger System Services | 74.95 | 1,315.87 |
| Basic Life $50K ER | 1.22 | 22.59 |
| Employer Paid Short Term Disability | 13.93 | 245.46 |
| Enhanced Dental ER | 15.14 | 272.52 |
| Geisinger Enhanced ER | 894.17 | 16,095.06 |
| Details Not Displayed | 100.56 | 1,757.64 |
| Employer Paid Benefits | 1,099.97 | 19,709.14 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,260.02 | 22,015.46 |
| Medicare - Taxable Wages | 1,260.02 | 22,015.46 |
| Federal Withholding - Taxable Wages | 1,170.09 | 20,639.61 |
| State Tax Taxable Wages - PA | 1,255.85 | 21,942.00 |
| City Tax Taxable Wages - PLAIN | 1,255.85 | 21,942.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 25 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| UFCW Federal Credit Union | UFCW Federal Credit Union ******6349 | ******6349 | | 971.45 USD |

Geisinger Wyoming Valley Medical Center   1000 East Mountain Boulevard Wilkes Barre, PA 18711
Graceann Tokar   144 Birchwood Estates Exeter, PA 18643

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Graceann Tokar | Geisinger Wyoming Valley Medical Center | 72195 | 08/24/2025 | 09/06/2025 | 09/12/2025 | |

| | Hours Worked | Gross Pay | Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 64.48 | 1,512.60 | 0.00 | 179.15 | 351.14 | 982.31 |
| YTD | 1,399.48 | 27,905.84 | 0.00 | 3,283.32 | 6,466.66 | 18,155.86 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Used | 08/31/2025 - 09/06/2025 | 8 | 18.74 | 149.92 | 731.20 | Social Security | 78.70 | 1,443.66 |
| Jury Duty | | | 0 | | 142.80 | Medicare | 18.41 | 337.63 |
| LTD Credits | 08/24/2025 - 09/06/2025 | 0 | 0 | 4.17 | 77.63 | Federal Withholding | 27.50 | 499.95 |
| Life Insurance Credit | 08/24/2025 - 09/06/2025 | 0 | 0 | 0.23 | 3.20 | State Tax - PA | 38.84 | 712.49 |
| Overtime | | | 0 | | 13.97 | SUI-Employee Paid - PA | 1.05 | 19.53 |
| Primary PTO | 08/24/2025 - 08/30/2025 | 8 | 18.74 | 149.92 | 1,336.70 | City Tax - PLAIN | 12.65 | 232.06 |
| Regular Pay | 08/24/2025 - 09/06/2025 | 64.48 | 18.74 | 1,208.36 | 25,600.34 | PA LST - PLAIN | 2.00 | 38.00 |
| Earnings | | | | 1,512.60 | 27,905.84 | Employee Taxes | 179.15 | 3,283.32 |

| Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) - Geisinger System Services | 90.50 | 1,466.35 |
| Enhanced Dental | 10.72 | 203.68 |
| Food Service Charges | 13.26 | 301.69 |
| Geisinger Enhanced | 226.43 | 4,302.17 |
| LTD 60% of Salary | 4.17 | 77.63 |
| Vision | 6.06 | 115.14 |
| Deductions | 351.14 | 6,466.66 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER - Geisinger System Services | 75.41 | 1,391.28 | OASDI - Taxable Wages | 1,269.39 | 23,284.85 |
| Basic Life $50K ER | 1.22 | 23.81 | Medicare - Taxable Wages | 1,269.39 | 23,284.85 |
| Employer Paid Short Term Disability | 13.93 | 259.39 | Federal Withholding - Taxable Wages | 1,178.89 | 21,818.50 |
| Enhanced Dental ER | 15.14 | 287.66 | State Tax Taxable Wages - PA | 1,265.22 | 23,207.22 |
| Geisinger Enhanced ER | 894.17 | 16,989.23 | City Tax Taxable Wages - PLAIN | 1,265.22 | 23,207.22 |
| Details Not Displayed | 101.28 | 1,858.92 | | | |
| Employer Paid Benefits | 1,101.15 | 20,810.29 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 25 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| UFCW Federal Credit Union | UFCW Federal Credit Union ******6349 | ******6349 | | 982.31 USD |

Image not Available

Geisinger Wyoming Valley Medical Center   1000 East Mountain Boulevard Wilkes Barre, PA 18711
Graceann Tokar   144 Birchwood Estates Exeter, PA 18643

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Graceann Tokar | Geisinger Wyoming Valley Medical Center | 72195 | 09/07/2025 | 09/20/2025 | 09/26/2025 | |

| | Hours Worked | Gross Pay | Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.11 | 1,506.89 | 0.00 | 177.97 | 338.72 | 990.20 |
| YTD | 1,479.59 | 29,412.73 | 0.00 | 3,461.29 | 6,805.38 | 19,146.06 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Used | | | 0 | | 731.20 |
| Jury Duty | | | 0 | | 142.80 |
| LTD Credits | 09/07/2025 - 09/20/2025 | 0 | 0 | 4.17 | 81.80 |
| Life Insurance Credit | 09/07/2025 - 09/20/2025 | 0 | 0 | 0.23 | 3.43 |
| Overtime | 09/14/2025 - 09/20/2025 | 0.13 | 28.11 | 3.66 | 17.63 |
| Primary PTO | | | 0 | | 1,336.70 |
| Regular Pay | 09/07/2025 - 09/20/2025 | 79.98 | 18.74 | 1,498.83 | 27,099.17 |
| Earnings | | | | 1,506.89 | 29,412.73 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 78.35 | 1,522.01 |
| Medicare | 18.32 | 355.95 |
| Federal Withholding | 26.97 | 526.92 |
| State Tax - PA | 38.67 | 751.16 |
| SUI-Employee Paid - PA | 1.06 | 20.59 |
| City Tax - PLAIN | 12.60 | 244.66 |
| PA LST - PLAIN | 2.00 | 40.00 |
| Employee Taxes | 177.97 | 3,461.29 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) - Geisinger System Services | 90.15 | 1,556.50 |
| Enhanced Dental | 10.72 | 214.40 |
| Food Service Charges | 1.19 | 302.88 |
| Geisinger Enhanced | 226.43 | 4,528.60 |
| LTD 60% of Salary | 4.17 | 81.80 |
| Vision | 6.06 | 121.20 |
| Deductions | 338.72 | 6,805.38 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) ER - Geisinger System Services | 75.13 | 1,466.41 |
| Basic Life $50K ER | 1.22 | 25.03 |
| Employer Paid Short Term Disability | 13.93 | 273.32 |
| Enhanced Dental ER | 15.14 | 302.80 |
| Geisinger Enhanced ER | 894.17 | 17,883.40 |
| Details Not Displayed | 100.84 | 1,959.76 |
| Employer Paid Benefits | 1,100.43 | 21,910.72 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,263.68 | 24,548.53 |
| Medicare - Taxable Wages | 1,263.68 | 24,548.53 |
| Federal Withholding - Taxable Wages | 1,173.53 | 22,992.03 |
| State Tax Taxable Wages - PA | 1,259.51 | 24,466.73 |
| City Tax Taxable Wages - PLAIN | 1,259.51 | 24,466.73 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 25 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| UFCW Federal Credit Union | UFCW Federal Credit Union ******6349 | ******6349 | | 990.20 | USD |

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Graceann Tokar | Geisinger Wyoming Valley Medical Center | 72195 | 09/21/2025 | 10/04/2025 | 10/10/2025 | |

| | Hours Worked | Gross Pay | Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 49.68 | 1,506.05 | 0.00 | 177.77 | 352.33 | 975.95 |
| YTD | 1,529.27 | 30,918.78 | 0.00 | 3,639.06 | 7,157.71 | 20,122.01 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Used | | | 0 | | 731.20 |
| Jury Duty | | | 0 | | 142.80 |
| LTD Credits | 09/21/2025 - 10/04/2025 | 0 | 0 | 4.17 | 85.97 |
| Life Insurance Credit | 09/21/2025 - 10/04/2025 | 0 | 0 | 0.23 | 3.66 |
| Overtime | | | 0 | | 17.63 |
| Primary PTO | 09/21/2025 - 10/04/2025 | 30.45 | 18.74 | 570.64 | 1,907.34 |
| Regular Pay | 09/21/2025 - 10/04/2025 | 49.68 | 18.74 | 931.01 | 28,030.18 |
| Earnings | | | | 1,506.05 | 30,918.78 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 78.29 | 1,600.30 |
| Medicare | 18.31 | 374.26 |
| Federal Withholding | 26.89 | 553.81 |
| State Tax - PA | 38.64 | 789.80 |
| SUI-Employee Paid - PA | 1.05 | 21.64 |
| City Tax - PLAIN | 12.59 | 257.25 |
| PA LST - PLAIN | 2.00 | 42.00 |
| Employee Taxes | 177.77 | 3,639.06 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) - Geisinger System Services | 90.10 | 1,646.60 |
| Enhanced Dental | 10.72 | 225.12 |
| Food Service Charges | 14.85 | 317.73 |
| Geisinger Enhanced | 226.43 | 4,755.03 |
| LTD 60% of Salary | 4.17 | 85.97 |
| Vision | 6.06 | 127.26 |
| Deductions | 352.33 | 7,157.71 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) ER - Geisinger System Services | 75.09 | 1,541.50 |
| Basic Life $50K ER | 1.22 | 26.25 |
| Employer Paid Short Term Disability | 13.93 | 287.25 |
| Enhanced Dental ER | 15.14 | 317.94 |
| Geisinger Enhanced ER | 894.17 | 18,777.57 |
| Details Not Displayed | 100.77 | 2,060.53 |
| Employer Paid Benefits | 1,100.32 | 23,011.04 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,262.84 | 25,811.37 |
| Medicare - Taxable Wages | 1,262.84 | 25,811.37 |
| Federal Withholding - Taxable Wages | 1,172.74 | 24,164.77 |
| State Tax Taxable Wages - PA | 1,258.67 | 25,725.40 |
| City Tax Taxable Wages - PLAIN | 1,258.67 | 25,725.40 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 25 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| UFCW Federal Credit Union | UFCW Federal Credit Union ******6349 | ******6349 | | 975.95 | USD |