Certificate Number: 17082-PAM-DE-040237328

Bankruptcy Case Number: 25-03026


17082-PAM-DE-040237328

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>October 25, 2025</u>, at <u>11:22</u> o'clock <u>AM MST</u>, <u>BRIAN J TOKAR</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 25, 2025</u>      By:    <u>/s/Orsolya K Lazar</u>

                                                     Name:  <u>Orsolya K Lazar</u>

                                                     Title:  <u>Executive Director</u>