United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Brian John Tokar<br>Graceann M Tokar<br>    Debtors | Case No. 25-03026-MJC<br>Chapter 7 |

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 4
Date Rcvd: Oct 24, 2025        Form ID: 309A        Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian John Tokar, Graceann M Tokar, 144 Birchwood Estates, Exeter, PA 18643-1465 |
| tr | + | Jill E. Durkin, Durkin Law, LLC, (Trustee), 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| 5752471 | | Continental Finance/Revel, Attn: Bankruptcy Department, PO Box 3220, Buffalo, NY 14240-3220 |
| 5752479 | | First Savings Bank/Hue, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5752482 | | JPMCB/Disney, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5752483 | | JPMCB/Disney, PO Box 15369, Wilmington, DE 19850-5369 |
| 5752487 | | Mariner Finance, 320 PA 315, Suite 210, Pittston, PA 18640 |
| 5752491 | + | RGS Financial, PO Box 852039, Richardson, TX 75085-2039 |
| 5752492 | + | SDA/ARX Fund Management, 1730 E Holly Ave, El Segundo, CA 90245-4404 |
| 5752493 | | Seen Finance, 1411 Broadway, New York, NY 10018-3496 |
| 5752497 | | TBOM/CCI, 14600 Northwest, Beaverton, OR 97006 |
| 5752498 | | TBOM/Cerulean, Attn: Bankruptcy Department, PO Box 3220, Buffalo, NY 14240-3220 |
| 5752503 | | TBOM/Total Select, Attn: Bankruptcy, PO Box 309, Perryville, MO 63775-0309 |
| 5752504 | | TBOM/Total Select, PO Box 85860, Sioux Falls, SD 57118-5860 |
| 5752507 | + | UFCW Federal Credit Union, 377 Wyoming Ave, Wyoming, PA 18644-1821 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Oct 24 2025 18:40:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | EDI: BJEDURKIN | Oct 24 2025 22:38:00 | Jill E. Durkin, Durkin Law, LLC, (Trustee), 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Oct 24 2025 18:41:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5752458 | | Email/Text: bk@avant.com | Oct 24 2025 18:41:00 | Avant LLC/Web Bank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 5752459 | | Email/Text: bk@avant.com | Oct 24 2025 18:41:00 | Avant LLC/Web Bank, 222 Merchandise Mart Plz, Chicago, IL 60654-1103 |
| 5752462 | + | EDI: PHINGENESIS | Oct 24 2025 22:38:00 | CB/Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 5752463 | | EDI: CITICORP | Oct 24 2025 22:38:00 | CBNA/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5752464 | | EDI: CITICORP | Oct 24 2025 22:38:00 | CBNA/Goodyear Tire, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5752465 | | EDI: WFNNB.COM | Oct 24 2025 22:38:00 | CCB/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 5752470 | | Email/Text: cfcbackoffice@contfinco.com | Oct 24 2025 18:41:00 | Continental Finance/Reflex, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |

| Notice # | Method | Date/Time | Recipient |
|---|---|---|---|
| 5752499 | Email/Text: cfcbackoffice@contfinco.com | Oct 24 2025 18:41:00 | TBOM/Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5752472 | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Oct 24 2025 18:40:00 | Cortrust Bank NA, Attn: Bankruptcy, PO Box 7030, Mitchell, SD 57301-7030 |
| 5752460 | EDI: CAPITALONE.COM | Oct 24 2025 22:38:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5752461 | EDI: CAPITALONE.COM | Oct 24 2025 22:38:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5752466 | + Email/Text: cfcbackoffice@contfinco.com | Oct 24 2025 18:41:00 | Celtic Bank/Surge, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 5752467 | EDI: WFNNB.COM | Oct 24 2025 22:38:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 5752468 | EDI: WFNNB.COM | Oct 24 2025 22:38:00 | Comenity/Boscovs, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 5752469 | EDI: WFNNB.COM | Oct 24 2025 22:38:00 | Comenity/Woman Within, Attn: Bamkruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5752473 | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2025 18:49:56 | Credit One Bank NA, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5752474 | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2025 18:49:51 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5752475 | Email/Text: statecompliance@credit9.com | Oct 24 2025 18:41:00 | Credit9 LLC, Attn: Bankruptcy, 18200 Von Karman Ave Ste 600, Irvine, CA 92612-7146 |
| 5752476 | EDI: DISCOVER | Oct 24 2025 22:38:00 | Discover, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5752477 | EDI: DISCOVER | Oct 24 2025 22:38:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5752478 | Email/Text: Mercury@ebn.phinsolutions.com | Oct 24 2025 18:40:00 | FB&T/Mercury, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5752480 | EDI: PHINGENESIS | Oct 24 2025 22:38:00 | Genesis/Destiny, PO Box 23030, Columbus, GA 31902-3030 |
| 5752481 | EDI: IRS.COM | Oct 24 2025 22:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5752484 | Email/Text: bk@lendmarkfinancial.com | Oct 24 2025 18:40:00 | Lendmark Financial Services, 2118 Usher St NW, Covington, GA 30014-2434 |
| 5752485 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 18:49:10 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5752489 | Email/Text: ml-ebn@missionlane.com | Oct 24 2025 18:40:00 | Mission Lane Tab Bank, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 5752490 | Email/Text: ml-ebn@missionlane.com | Oct 24 2025 18:40:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 5752486 | Email/Text: bankruptcy@marinerfinance.com | Oct 24 2025 18:41:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5752488 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 18:49:04 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5752494 | Email/Text: bankruptcy@sequium.com | Oct 24 2025 18:41:00 | Sequium Asset Solutions, 2700 Cumberland Pkwy, Suite 200, Atlanta, GA 30339 |
| 5752495 | Email/Text: hello@sparrowcard.com | Oct 24 2025 18:41:00 | Sparrow Financial Inc, 9450 SW Gemini Dr, Beaverton, OR 97008-7105 |
| 5752496 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 18:49:56 | Synchrony/Paypal, Resurgent Correspondence, |

| | | | |
| --- | --- | --- | --- |
| | | | Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5752500 | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 24 2025 18:40:00 | TBOM/Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5752502 | EDI: PHINGENESIS | Oct 24 2025 22:38:00 | TBOM/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 5752501 | EDI: PHINGENESIS | Oct 24 2025 22:38:00 | TBOM/Milestone, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5752505 | EDI: WTRRNBANK.COM | Oct 24 2025 22:38:00 | TD Bank USA/Target, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5752506 | EDI: WTRRNBANK.COM | Oct 24 2025 22:38:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5752509 | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 24 2025 18:40:00 | Webbank/Atlas/Imagine, PO Box 105555, Atlanta, GA 30348-5555 |
| 5752508 | Email/Text: bankruptcy@webbank.com | Oct 24 2025 18:40:00 | Webbank/Atlas/Imagine, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | |
| | on behalf of Debtor 2 Graceann M Tokar usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | |
| | on behalf of Debtor 1 Brian John Tokar usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | |
| | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1: | Brian John Tokar<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–5843 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Graceann M Tokar<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–1973 |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7  10/23/25 |
| Case number: | 5:25–bk–03026–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian John Tokar | Graceann M Tokar |
| 2. | **All other names used in the last 8 years** | aka Brian J Tokar, aka Brian Tokar | aka Grace Tokar, aka Graceann Tokar, aka Grace Ann Tokar, aka Graceann Marie Tokar, dba Random Treasures |
| 3. | **Address** | 144 Birchwood Estates<br>Exeter, PA 18643 | 144 Birchwood Estates<br>Exeter, PA 18643 |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jill E. Durkin<br>Durkin Law, LLC<br>(Trustee)<br>401 Marshbrook Road<br>Factoryville, PA 18419 | Contact phone 570–881–4158<br><br>Email: jilldurkinesq@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

Debtor **Brian John Tokar** and **Graceann M Tokar**  Case number **5:25-bk-03026-MJC**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse 197 South Main Street Wilkes-Barre, PA 18701 | Hours open: Monday – Friday 9:00 AM to 4:00 PM  Contact phone (570) 831-2500  Date: 10/24/25 |
| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.  **\*Valid photo ID and proof of Social Security number are required\*** | **Date:** November 25, 2025 at 10:00 AM  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  For additional information use the QR code or visit:  https://www.justice.gov/ust/ust-regions-r03/region-3-section-341-meetings-0#TrusteeZoom  The Court does not endorse or exercise any responsibility of the content at this link. | **Location:** Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 819 597 0379, Click on Join using passcode 6228655530, or call 1-272-239-0678   |
| **8.** **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/24/26** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 5:25-bk-03026-MJC    Doc 11    Filed 10/26/25    Entered 10/27/25 00:27:46    Desc
Imaged Certificate of Notice    Page 6 of 6