## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re   Brian Tokar & Graceann Tokar,<br>           Debtors | Chapter 7 |
| Brian Tokar & Graceann Tokar,<br>         Movants | Case No. 5:25-bk-03026-MJC |
| v. | |
| Mariner Finance,<br>        Respondent | |

### DEBTORS' MOTION TO AVOID LIEN OF MARINER FINANCE

1.     Debtors filed this Chapter 7 case on October 23, 2025.

2.     This motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel any and every lien held by Respondent on personalty in which Debtors have an ownership interest.

3.     Respondent has a non-purchase money security interest in household goods and is therefore the holder of liens on personalty located at Debtors' residence at 144 Birchwood Estates, Exeter, PA 18643.

4.     Debtors' interest in the property referred to in the preceding paragraph and encumbered by the lien has been claimed as fully exempt in the bankruptcy case.

5.     The existence of a lien of Respondent on Debtors' personalty would impair exemptions to which the Debtors would be entitled under 11 U.S.C. § 522(d).

     WHEREFORE, Debtors respectfully request an Order against Respondent for the cancellation and avoidance of the liens on the personalty.

Date:  November 7, 2025

                                         s/ Carlo Sabatini
                                         Carlo Sabatini, Debtors' Attorney, PA 83831
                                         Sabatini Law Firm, LLC
                                         216 N. Blakely St.
                                         Dunmore, PA 18512
                                         Phone (570) 341-9000
                                         Email ecf@bankruptcypa.com