IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re    Brian & Graceann Tokar,<br>            Debtors | Chapter 7 |
| Brian & Graceann Tokar,<br>            Movants<br><br>       v.<br><br>Mariner Finance,<br>            Respondent | Case No. 5:25-bk-03026-MJC |

## NOTICE

The Debtor filed *Debtors' Motion to Avoid Lien of Mariner Finance* on November 7, 2025.

If you object to the relief requested, you must file your objection/response on or before 21 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| Date: November 7, 2025 | s/ Carlo Sabatini<br>Carlo Sabatini, Attorney for Debtors<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512<br>Phone (570) 341-9000<br>Facsimile (570) 504-2769<br>Email ecf@bankruptcypa.com<br>Bar Number PA 83831 |