IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Brian & Graceann Tokar,<br>    Debtors | Chapter 7 |
| Brian & Graceann Tokar,<br>    Movants<br><br>    v.<br><br>Mariner Finance,<br>    Respondent | Case No. 5:25-bk-03026-MJC<br><br>*Debtors' Motion to Avoid Lien of Mariner Finance* |

## ORDER AVOIDING LIENS

Upon consideration of *Debtors' Motion to Avoid Lien of Mariner Finance*, it is hereby ORDERED AND DECREED that, to the extent that Respondent is the holder of a lien, any and every such lien on personalty in which the Debtors have an ownership interest is hereby canceled.