IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re | Brian Tokar & Graceann Tokar, Debtors | Chapter 7 |
|---|---|---|
| | Brian Tokar & Graceann Tokar, Movants | Case No. 5:25-bk-03026-MJC |
| | v. | |
| | Mariner Finance, Respondent | |

**CERTIFICATE OF SERVICE**

| Title of Paper Served: | **Debtors' Motion to Avoid Lien of Mariner Finance** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| ATTN: Officer, Manager, or General Agent<br>Mariner Finance<br>8110 Corporate Drive<br>Baltimore, MD 21236 | | United States Mail – First Class – Certified, Return Receipt |
| ATTN: Officer, Manager, or General Agent<br>Mariner Finance<br>320 Route 315 Hwy., Ste. 210<br>Pittston, PA 18643 | | United States Mail – First Class – Certified, Return Receipt |

I certify that I am over 18 years of age and service was effectuated today as above described.

Date: November 7, 2025

s/Tiffany Bator
Tiffany Bator, Paralegal