UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Brian John Tokar,** | : | **Case No. 5:25-bk-03026-MJC** |
| **Graceann M. Tokar,** | : | |
| Debtors. | : | |
| | : | |
| **Brian John Tokar,** | : | |
| **Graceann M. Tokar,** | : | |
| Movants | : | |
| v. | : | |
| | : | |
| **Mariner Finance,** | : | |
| Respondent | : | |

## ORDER GRANTING MOTION TO AVOID LIEN

Upon Motion of the Debtors to avoid a lien held by Mariner Finance ("Respondent") in personal property of the Debtors ("Property"), Doc. 13 ("Motion");

**AND**, the Debtors having asserted that the alleged lien arising from a non-purchase money security interest is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND,** the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the non-purchase money security interest held by the Respondent, if any, against the Property of the Debtors is **AVOIDED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 5, 2025