# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Brian John Tokar, aka Brian J Tokar, aka Brian Tokar, | Chapter 7 |
| **Debtor 1** | Case No. 5:25−bk−03026−MJC |
| Graceann M Tokar, aka Grace Tokar, aka Graceann Tokar, aka Grace Ann Tokar, aka Graceann Marie Tokar, dba Random Treasures, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−5843    xxx−xx−1973

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 29, 2026

**fnldecac** (05/18)