United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-03026-MJC
Brian John Tokar  Chapter 7
Graceann M Tokar
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 4
Date Rcvd: Jan 29, 2026      Form ID: 318      Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian John Tokar, Graceann M Tokar, 144 Birchwood Estates, Exeter, PA 18643-1465 |
| cr | + | UFCW Community Credit Union, 1460 Sans Souci Parkway, Hanover Township, PA 18706-6026 |
| 5752471 | | Continental Finance/Revel, Attn: Bankruptcy Department, PO Box 3220, Buffalo, NY 14240-3220 |
| 5752479 | | First Savings Bank/Hue, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5752482 | | JPMCB/Disney, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5752483 | | JPMCB/Disney, PO Box 15369, Wilmington, DE 19850-5369 |
| 5752487 | | Mariner Finance, 320 PA 315, Suite 210, Pittston, PA 18640 |
| 5752491 | #+ | RGS Financial, PO Box 852039, Richardson, TX 75085-2039 |
| 5752492 | + | SDA/ARX Fund Management, 1730 E Holly Ave, El Segundo, CA 90245-4404 |
| 5752493 | | Seen Finance, 1411 Broadway, New York, NY 10018-3496 |
| 5752498 | | TBOM/Cerulean, Attn: Bankruptcy Department, PO Box 3220, Buffalo, NY 14240-3220 |
| 5752503 | | TBOM/Total Select, Attn: Bankruptcy, PO Box 309, Perryville, MO 63775-0309 |
| 5752504 | | TBOM/Total Select, PO Box 85860, Sioux Falls, SD 57118-5860 |
| 5752507 | + | UFCW Federal Credit Union, 377 Wyoming Ave, Wyoming, PA 18644-1821 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5752458 | | Email/Text: bk@avant.com | Jan 29 2026 18:46:00 | Avant LLC/Web Bank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 5752459 | | Email/Text: bk@avant.com | Jan 29 2026 18:46:00 | Avant LLC/Web Bank, 222 Merchandise Mart Plz, Chicago, IL 60654-1103 |
| 5752462 | + | EDI: PHINGENESIS | Jan 29 2026 23:45:00 | CB/Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 5752463 | | EDI: CITICORP | Jan 29 2026 23:45:00 | CBNA/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5752464 | | EDI: CITICORP | Jan 29 2026 23:45:00 | CBNA/Goodyear Tire, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5752465 | | EDI: WFNNB.COM | Jan 29 2026 23:45:00 | CCB/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 5752470 | | Email/Text: cfcbackoffice@contfinco.com | Jan 29 2026 18:45:00 | Continental Finance/Reflex, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 5752499 | | Email/Text: cfcbackoffice@contfinco.com | Jan 29 2026 18:45:00 | TBOM/Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5752472 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jan 29 2026 18:45:00 | Cortrust Bank NA, Attn: Bankruptcy, PO Box 7030, Mitchell, SD 57301-7030 |
| 5752460 | | EDI: CAPITALONE.COM | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 5752461 | EDI: CAPITALONE.COM | Jan 29 2026 23:45:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| | | Jan 29 2026 23:45:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5752466 | + Email/Text: cfcbackoffice@contfinco.com | Jan 29 2026 18:45:00 | Celtic Bank/Surge, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 5752467 | EDI: WFNNB.COM | Jan 29 2026 23:45:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 5752468 | EDI: WFNNB.COM | Jan 29 2026 23:45:00 | Comenity/Boscovs, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 5752469 | EDI: WFNNB.COM | Jan 29 2026 23:45:00 | Comenity/Woman Within, Attn: Bamkruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5752473 | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2026 18:51:09 | Credit One Bank NA, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5752474 | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2026 18:51:13 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5752475 | Email/Text: statecompliance@credit9.com | Jan 29 2026 18:46:00 | Credit9 LLC, Attn: Bankruptcy, 18200 Von Karman Ave Ste 600, Irvine, CA 92612-7146 |
| 5752476 | EDI: DISCOVER | Jan 29 2026 23:45:00 | Discover, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5752477 | EDI: DISCOVER | Jan 29 2026 23:45:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5752478 | Email/Text: Mercury@ebn.phinsolutions.com | Jan 29 2026 18:45:00 | FB&T/Mercury, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5752480 | EDI: PHINGENESIS | Jan 29 2026 23:45:00 | Genesis/Destiny, PO Box 23030, Columbus, GA 31902-3030 |
| 5752481 | EDI: IRS.COM | Jan 29 2026 23:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5752484 | Email/Text: bk@lendmarkfinancial.com | Jan 29 2026 18:45:00 | Lendmark Financial Services, 2118 Usher St NW, Covington, GA 30014-2434 |
| 5752485 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 18:51:14 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5752489 | Email/Text: ml-ebn@missionlane.com | Jan 29 2026 18:45:00 | Mission Lane Tab Bank, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 5752490 | Email/Text: ml-ebn@missionlane.com | Jan 29 2026 18:45:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 5752486 | Email/Text: bankruptcy@marinerfinance.com | Jan 29 2026 18:45:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5752488 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2026 18:51:10 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5752494 | Email/Text: bankruptcy@sequium.com | Jan 29 2026 18:45:00 | Sequium Asset Solutions, 2700 Cumberland Pkwy, Suite 200, Atlanta, GA 30339 |
| 5752495 | Email/Text: hello@sparrowcard.com | Jan 29 2026 18:46:00 | Sparrow Financial Inc, 9450 SW Gemini Dr, Beaverton, OR 97008-7105 |
| 5752496 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 18:51:09 | Synchrony/Paypal, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5752497 | EDI: PHINGENESIS | Jan 29 2026 23:45:00 | TBOM/CCI, 14600 Northwest, Beaverton, OR 97006 |
| 5752500 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 29 2026 18:45:00 | TBOM/Fortiva, Attn: Bankruptcy, PO Box |

| | | | |
| --- | --- | --- | --- |
| | | | 105555, Atlanta, GA 30348-5555 |
| 5752502 | EDI: PHINGENESIS | Jan 29 2026 23:45:00 | TBOM/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 5752501 | EDI: PHINGENESIS | Jan 29 2026 23:45:00 | TBOM/Milestone, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5752505 | EDI: WTRRNBANK.COM | Jan 29 2026 23:45:00 | TD Bank USA/Target, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5752506 | EDI: WTRRNBANK.COM | Jan 29 2026 23:45:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5752509 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 29 2026 18:45:00 | Webbank/Atlas/Imagine, PO Box 105555, Atlanta, GA 30348-5555 |
| 5752508 | Email/Text: bankruptcy@webbank.com | Jan 29 2026 18:45:00 | Webbank/Atlas/Imagine, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 2 Graceann M Tokar usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Carlo Sabatini | on behalf of Debtor 1 Brian John Tokar usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| John Fisher | on behalf of Creditor UFCW Community Credit Union johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| | | |
|---|---|---|
| Debtor 1 | Brian John Tokar<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5843<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Graceann M Tokar<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1973<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–03026–MJC | |

# Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian John Tokar
aka Brian J Tokar, aka Brian Tokar

Graceann M Tokar
aka Grace Tokar, aka Graceann Tokar, aka Grace Ann Tokar, aka Graceann Marie Tokar, dba Random Treasures

**By the court:**

1/29/26

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| | | |
|---|---|---|
| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2